918

No. 95–5151. JEROME v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5164. BOX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5167. RAMEY v. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–5168. SAHAR v. HONEYWELL, INC. C. A. 8th Cir. Certiorari denied.

No. 95–5171. LOPERA-OCHOA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5172. MEDLOCK v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5221. TALLEY v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 95–5251. DAVIS v. ALEXANDER ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5312. JAMES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–5356. SMITH v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 95–5455. WILLIAMS v. DOW ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5460. WRIGHT v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–5477. SHOWN v. BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5480. FRIEDMAN v. MONTANA. C. A. 9th Cir. Certiorari denied.